# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### TEVIN K. DAVIS
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201400283
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 22 April 2014.
**Military Judge**: LtCol D.K. Jones, USMC.
**Convening Authority**: Commanding General, 2d Marine Aviation Wing, Cherry Point, SC.
**Staff Judge Advocate's Recommendation**: Col J.J. Murphy III, USMC.
**For Appellant**: Capt Jason Wareham, USMC.
**For Appellee**: Mr. Brian Keller, Esq.

### 30 September 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court